**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. __08mj363__ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jesus Miranda-Roman, et al ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/~~Magistrate Judge~~   **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Bonifacio Villareal-Pasillas

DATED: __2/25/08__

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR   Clerk
by _[signature]_
Deputy Clerk